# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LISA JACOBS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. |
| **JOAN FEENEY, et al.,** | ) 14-14741-IT |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

**TALWANI, D.J.**

Plaintiff Lisa Jacobs filed this civil rights action seeking equitable and monetary relief from several federal judges, a United States marshal, a deputy United States marshal and two courts. *See* Complaint, Docket No. 1.

On November 12, 2015, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis* and dismissed with prejudice all of her claims except her access to the courthouse claim. *See* Memorandum and Order, Docket No. 4. As to the access to the courthouse claim, Plaintiff was granted 35 days to show good cause why that claim should not be dismissed or to file an amended complaint *Id.*

To date, Plaintiff has not filed a response and the time period for doing so has expired. *See* Docket.

Accordingly, for the reasons set forth in the November 12, 2015 Memorandum and Order, it is hereby Ordered that the above-captioned matter is DISMISSED in its entirety.

**So ordered.**

                                                            /s/ Indira Talwani
                                                           Indira Talwani
                                                           United States District Judge

Dated: December 23, 2015